Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL M. CLIMER<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>Defendant. | CV 06-6308-MO<br><br>ORDER FOR EAJA<br>ATTORNEY FEES |

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees in the amount of $5,354.65 for attorney fees to Plaintiff in care of Plaintiff's attorney to be mailed to Plaintiff's attorney

It is so ORDERED

Dated this 6 day of November 2007

_____
United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES